

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00014-CV

James E. **WALLACE** Sr.,

v.

Letitia Ann **WALLACE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-10056
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  May 8, 2013

DISMISSED FOR WANT OF JURISDICTION

The trial court signed an order to clarify the underlying divorce decree on August 3, 2012. *See* TEX. FAM. CODE ANN. § 9.008 (West 2006). Appellant timely filed a motion for new trial on September 4, 2012. *See* TEX. R. CIV. P. 329b(a). Appellant's notice of appeal was due on November 1, 2012. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time was due not later than November 16, 2012. *See id.* R. 26.3. Appellant's notice of appeal was filed on December 3, 2012. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

On April 5, 2013, we advised Appellant that a timely notice of appeal is necessary to invoke this court's appellate jurisdiction. *See* TEX. R. APP. P. 25.1(b). *See generally Verburgt*,

959 S.W.2d at 617. We ordered Appellant to show cause in writing to this court by April 22, 2013, why this appeal should not be dismissed for want of jurisdiction. We warned Appellant that if he failed to respond within the time provided, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3.

To date, Appellant has filed no response to our April 5, 2013 order. Therefore, this appeal is dismissed for want of jurisdiction. *See id.* Costs of this appeal are taxed against Appellant.

PER CURIAM